IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al., ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| W. R. GRACE & CO., et al. ) | Adversary No. 05-52724 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY M. CAMPBELL, ) | |
| COMMISSIONER OF THE NEW ) | |
| JERSEY DEPARTMENT OF ) | |
| ENVIRONMENTAL PROTECTION, IN ) | |
| HIS OFFICIAL CAPACITY; PETER C. ) | |
| HARVEY, ATTORNEY GENERAL OF ) | |
| NEW JERSEY, IN HIS OFFICIAL ) | |
| CAPACITY ) | |
| ) | |
| Defendants. ) | |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed.R.Bank.P. 8006, the above-captioned debtors and debtors in possession designate the following additional items to be included in the record on appeal.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE ||| 
|---|---|---|
| Adversary No. 05-52724 ||| 
| Docket No. | Filing Date | Description |
| 2 | 09/19/2005 | Summons and Notice of Pretrial Conference. |
| 19 | 08/23/2006 | Order (Seventh) Regarding Debtor's Motion for an Injunction. |
| 23 | 12/21/2006 | Affidavit/Declaration of Service Regarding [Signed] Order (Tenth) Debtor's Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code. |
| 27 | 10/15/2007 | Affidavit/Declaration of Service Regarding [Signed] Order Regarding Status Report and Setting Status Conference. |

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE ||| 
|---|---|---|
| Case No. 01-01139 ||| 
| Docket No. | Filing Date | Description |
| 18284 | 03/13/2008 | (COPY FROM DISTRICT COURT) Memorandum Affirming the Judgment of the Bankruptcy Court (RE: Civil Action No. 07-536). |

Dated: April 28, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2