IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #4**

IN RE: W. R. Grace & Co., et al.

|  |  |  |
|---|---|---|
| Bradley M. Campbell, Peter C. Harvey | ) | |
| Appellant | ) | Civil Action No.  08-250 |
| v. | ) | |
| W. R. Grace & Co., et al. | ) | |
| Appellee | ) | Bankruptcy Case No.  01-1139 |
|  | ) | Adversary Case No. 05-52724 |
|  | ) | Appeal No. 08-17 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/1/08 was docketed in the District Court on 4/29/08:

> Order Denying Motion to Dismiss and Issue Declaratory and Permanent Injunctive Relief in Favor of Debtors

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 5/19/08**
Peter T. Dalleo
Clerk of Court

Date:  April 30, 2008
To:    U.S. Bankruptcy Court
       Counsel