

# State of New Jersey

| | | |
|---|---|---|
| JON S. CORZINE<br>Governor | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 093<br>TRENTON, NJ 08625-0093 | ANNE MILGRAM<br>Attorney General<br><br>ROBERT J. GILSON<br>Director |

May 14, 2008

**VIA ELECTRONIC FILING**
Honorable Ronald L. Buckwalter, Senior Judge
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room #14614
Philadelphia, PA 19106-1724

Care of Brian Blackwell
Lock Box 18
844 North King Street
Wilmington Delaware 19801

      Re:  W.R. Grace, et al., v. Bradley Campbell, et al
            Bankruptcy Case No. 01-01139
            Adversary No. 05-52724 (JKF)
            Appeal No. 08-250

Dear Judge Buckwalter:

      Please accept this letter on behalf of the State of New Jersey, Department of Environmental Protection, requesting a four week extension of the due date of the State's appellate brief, now due on Monday, May 19, 2008. I have requested such an extension from our adversaries and they have graciously agreed to it.

      Aside from several other reasons, there has been an offer of settlement that is being entertained by this office but no settlement has been reached yet. With the understaffed condition of this office, it would be a shame to use valuable scarce legal resources if this were to be settled and the appeal withdrawn. I



May 14, 2008
Page 2

am therefore requesting an extension from May 19 to June 19, 2008, for the submission of the State's brief.

I thank Your Honor for your consideration in this matter.

Respectfully submitted,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: /S/Rachel Jeanne Lehr
Rachel Jeanne Lehr
Deputy Attorney General

/S/ Stuart B. Drowos
Stuart B. Drowos (Bar 427)
Deputy Attorney General
Division of Revenue
Department of Finance
Carvel State Building
820 North French Street, 8th Floor
Wilmington, Delaware 19801

Local Counsel for State of New Jersey

c: James E. O' Neill, Esq.
   Janet Baer, Esq.
   Laura Davis Jones, Esq.