## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace & Co., et al.

_____

|  |  |  |
|---|---|---|
| Bradley M. Campbell, Peter C. Harvey | : | |
| | : | Civil Action No. 08-250 |
| Appellant, | : | |
| | : | |
| v. | : | Bankruptcy Case No. 01-1139 |
| | : | Adversary Case No. 05-52724 |
| W.R. Grace & Co., et al., | : | Appeal No. 08-17 |
| | : | |
| Appellee. | : | |

_____ :

### <u>ORDER</u>

AND NOW, this 15th day of May, 2008, it is hereby **ORDERED** that Appellant's

Brief is due by Thursday, June 19, 2008.


BY THE COURT:



 *s/ Ronald L. Buckwalter*_____
RONALD L. BUCKWALTER, S.J.