IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re W.R. Grace & Company, et al. :

Bradley M. Campbell, Commissioner : Bankruptcy Case No. 01-1139
of the New Jersey Department of
Environmental Protection, in his : On Appeal from a Final
official capacity, Peter C. Harvey, Decision of the United
Attorney General of New Jersey, : States Bankruptcy Court
in his official capacity, District of Delaware
: Hon. Judith K. Fitzgerald
     Appellants,
: Adversary No. 05-52724
     v. Appeal Number 08-250
:
W.R. Grace & CO.,
:
     Appellees. :

## Certificate of Service

**Katherine B. Ebeling**, of full age, being duly sworn according to law, upon her oath deposes and says:

1. I am Legal Secretary in the Division of Law, Department of Law and Public Safety, State of New Jersey.

2. On June 19, 2008, at the direction of Rachel Jeanne Lehr, Deputy Attorney General, I caused the original and one copy each of the Brief and Appendix of Appellant Bradley M. Campbell et al. and the within Certification of Service in the above-referenced matter to be mailed via UPS overnight mail to:

      Clerk of the Court
      US District Court for the District of Delaware
      Attention: Brian Blackwell
      Lock Box 18
      844 North King Street
      Wilmington, DE 19801

3. On June 19, 2008, at the direction of Rachel Jeanne Lehr, Deputy Attorney General, I caused two copies each of the Brief and Appendix of Appellant Bradley M. Campbell et al. and the within Certification of Service in the above-referenced matter to be mailed via UPS overnight mail to:

>Janet S. Baer, Esquire
>Kirkland & Ellis
>200 East Randolph Drive
>Chicago, Illinois 60601
>
>David M. Bernick, Esquire
>Kirkland & Ellis
>200 East Randolph Drive
>Chicago, Illinois 60601
>
>Lori Sinanyan, Esquire
>Kirkland & Ellis LLP
>777 S. Figueroa Street, Suite 3700
>Los Angeles, California 90017
>
>James E. O'Neill, Esquire
>Pachulski, Stang, Ziehl, Young,
>Jones & Weintraub, P.C.
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, Delaware 19801
>
>Laura D. Jones, Esquire
>Pachulski, Stang, Ziehl, Young,
>Jones & Weintraub, P.C.
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, Delaware 19801
>
>Timothy P. Cairns, Esquire
>Pachulski, Stang, Ziehl, Young,
>Jones & Weintraub, P.C.
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, Delaware 19801

Anthony J. Marchetta, Esquire
Day Pitney, LLC
200 Campus Drive
Florham Park, New Jersey 07932

Stuart Drowos, Deputy Attorney General
Div. of Revenue, Dept. of Finance
Carvel State Building
820 North French Street, Floor 8
Wilmington, DE 19801

I swear that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment by law.

*Katherine B. Ebeling*
Katherine B. Ebeling

Dated: June 19, 2008