IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re W.R. Grace & Company, et al. : | |
| Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection, in his official capacity, Peter C. Harvey, Attorney General of New Jersey, in his official capacity, : : : : | Bankruptcy Case No.01-1139<br><br>On Appeal from a Final Decision of the United States Bankruptcy Court District of Delaware<br>Hon. Judith K. Fitzgerald |
| Appellants, : | |
| v. : | Adversary No. 05-52724<br>Appeal Number 08-025 |
| W.R. GRACE & CO., : : | |
| Appellees. | |

**CERTIFICATION OF SERVICE**

     **Katherine B. Ebeling**, of full age, being duly sworn according to law, upon her oath deposes and says:

     1.   I am a Legal Secretary in the Division of Law, Department of Law and Public Safety, State of New Jersey.

     2.   On July 23, 2008, at the direction of Rachel Jeanne Lehr, Deputy Attorney General, I caused two copies each of the Reply Brief of Appellant Bradley M. Campbell, et al. and the within Certification of Service in the above-referenced matter to be mailed via UPS overnight mail to:

              Janet S. Baer, Esquire
              Kirkland & Ellis
              200 East Randolph Drive
              Chicago, Illinois 60601

David M. Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Lori Sinanyan, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

Laura D. Jones, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

Timothy P. Cairns, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

Anthony J. Marchetta, Esquire
Day Pitney, LLC
200 Campus Drive
Florham Park, New Jersey 07932

Stuart Drowos, Deputy Attorney General
Div. of Revenue, Dept. of Finance
Carvel State Building
820 North French Street, Floor 8
Wilmington, DE 19801

I swear that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment by law.

*Katherine B. Ebeling*
Katherine B. Ebeling

Dated: July 23, 2008